UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                                                          CHAPTER 13 PROCEEDING:
JAIME MORA JR & MARY MORA                                            05-20645-C-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

   1.  Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, May 2, 2005.

   2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

   3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

   4.  Trustee has been unable to locate the following creditor at the address listed below.

       PROGRESSIVE ASSET MANAGEMENT
       5924 E LOS ANGELES AVE S
       SIMI VALLEY, CA  93063

   5.  As a result, funds owed to the creditor in the amount of $84.49 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, June 22, 2010

                                                                                           *Cindy Boudloche*
                                                                                           Cindy Boudloche
                                                                                           Chapter 13 Trustee
                                                                                           555 N. Carancahua  Ste 600
                                                                                           Corpus Christi, TX  78401-0823
                                                                                           (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                                                       CHAPTER 13 PROCEEDING:
JAIME MORA JR & MARY MORA                     05-20645-C-13
DEBTORS

### CERTIFICATE OF SERVICE

   I, Cindy Boudloche , do hereby certify that on Jun 22, 2010, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


JAIME MORA JR AND MARY MORA           JAN SHEPHARD
6802 NOMAD                                         410 SPID STE 210
CORPUS CHRISTI, , TX  78414                     CORPUS CHRISTI, TX  78405

PROGRESSIVE ASSET MANAGEMENT       PROGRESSIVE ASSET
5924 E LOS ANGELES AVE S                      5924 E LOS ANGELES AVE S
SIMI VALLEY, CA  93063                            SIMI VALLEY, CA  93063